

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00434-CV

IN RE UNITED FOOD AND
COMMERCIAL WORKERS
INTERNATIONAL UNION,
ORGANIZATION UNITED FOR
RESPECT AT WALMART, NORTH
TEXAS JOBS WITH JUSTICE,
LESTER EUGENE LANTZ, AND
DOES 1-10

RELATORS

------------

## ORIGINAL PROCEEDING

------------

## **MEMORANDUM OPINION**[1]

------------

Having submitted this original proceeding with oral argument and having

considered relators' petition for writ of mandamus, the court is of the opinion that

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

relief should be denied.  Accordingly, relators' petition for writ of mandamus is denied.

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL:  LIVINGSTON, C.J.; GARDNER and WALKER, JJ.

DELIVERED:  February 20, 2014